# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCARLETH JUNIETH RODRIGUEZ PACHECO,<br><br>　　　Petitioner,<br><br>　　　v.<br><br><br>WARDEN, Otay Mesa Detention Center; FIELD OFFICE DIRECTOR, Enforcement and Removal Operations, Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD BLANCHE, Acting Attorney General, Department of Justice;<br>　　　Respondents. | Case No.:  3:26-cv-02621-BTM-DEB<br><br>**ORDER:**<br>**(1) TO SHOW CAUSE,**<br>**(2) ENJOINING REMOVAL FROM THE SOUTHERN DISTRICT,**<br>**(3) APPOINTING FEDERAL DEFENDERS OF SAN DIEGO, INC., AS COUNSEL, AND**<br>**(4) DENYING AS MOOT TEMPORARY RESTRAINING ORDER**<br><br>**[ECF NO. 2]** |

//

//

//

26-cv-2621

After reviewing the petition, the Court concludes that dismissal of the petition without briefing is unwarranted.  Accordingly, the Court orders as follows.

First, the Court orders the Respondents to show cause why the petition should not be granted.  The Respondents must file a brief responding to the Court's order no later than fourteen (14) days following the date this Order is signed.  *See* Fed. R. Civ. P. 6(a)(1).  The Petitioner may file a brief replying to the Respondents' brief no later than twenty-one (21) days following the date this Order is signed.  The petition will be deemed submitted for the Court's decision once the deadline for the Petitioner's reply brief has passed.  There will be no oral argument unless requested by the Court.

Second, the Respondents are enjoined from removing the Petitioner from the Southern District of California until the petition is decided.  *See* 28 U.S.C. § 1651.

Third, the Court appoints the Federal Defenders of San Diego, Inc., to represent the Petitioner in this case.  The Court finds that the interests of justice require that the Petitioner, who seeks relief under 28 U.S.C. § 2241, receive representation.  *See* 18 U.S.C. § 3006A(a)(2).  The Petitioner shall file proof of qualification for appointed counsel no later than the deadline for the Petitioner's reply brief.

Fourth, because the Court has enjoined the Respondents from removing the Petitioner, his motion for a temporary restraining order requesting the same relief is denied as moot. (ECF No. 2).

**IT IS SO ORDERED.**

Dated:  April 27, 2026

_____
Honorable Barry Ted Moskowitz
United States District Judge

2

26-cv-2621